IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

      Plaintiff,               No. 2:08-cv-2822-JFM (PC)

  vs.

DENNIS K. SISTO, Warden, et al.,

      Defendants.           <u>ORDER</u>

                               /

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 5, 2008, plaintiff, the only party who has appeared in the action, filed a signed consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). By order filed April 22, 2009, the court found that plaintiff's complaint stated cognizable claims for relief and ordered plaintiff to return forms necessary for service of process within thirty days. That thirty day period has expired and plaintiff has not returned the forms necessary for service of process or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

/////

/////

1

2. The Clerk of the Court is directed to serve a copy of this order on plaintiff at the address on his original complaint and at the address contained in the Notice of Change of Address filed in Case. No. 2:07-cv-1123-MCE-KJM.

DATED: June 25, 2009.

*UNITED STATES MAGISTRATE JUDGE*

12
poon2822.dm

2